UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| JOSEPH M. CARPINO, | ) | 3:06-CV-0649-ECR (RAM) |
| | ) | |
| Plaintiff, | ) | <u>MINUTES OF THE COURT</u> |
| | ) | |
| vs. | ) | June 8, 2007 |
| | ) | |
| DON HELLING, et al., | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:   <u>THE HONORABLE ROBERT A. McQUAID, JR.</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   <u>FRANK JUSTILIANO</u>          REPORTER:  <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S):  <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S):  <u>NONE APPEARING</u>

MINUTE ORDER IN CHAMBERS:

    Defendants have filed a Motion for Enlargement of Time to File Defendant's First Responsive Pleading to Plaintiff's Complaint (First Request) (Doc. #11).

    Defendants' Motion for Enlargement of Time to File Defendant's First Responsive Pleading to Plaintiff's Complaint (First Request) (Doc. #11) is <u>GRANTED</u>. Defendants shall have to and including June 21, 2007, in which to file a responsive pleading to Plaintiff's Complaint.

    IT IS SO ORDERED.

                                                                              LANCE S. WILSON, CLERK
                                                                              By:          /s/
                                                                                    Deputy Clerk